UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00383-MOC
(3:13-cr-00280-MOC-1)

| | |
|---|---|
| STEVE HALE, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on its own motion following the filing of the Government's Response to Petitioner's pro se Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 4.) In accordance with the principles articulated in Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court notifies Petitioner that he has a right to reply to the Government's Response. Failure to reply may result in denial of Petitioner's § 2255 Motion to Vacate without further notice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have thirty (30) days from entrance of this Order to reply to the Government's Response.

Signed: December 4, 2018

Max O. Cogburn Jr.
United States District Judge