UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-383-MOC
(3:13-cr-280-MOC-DSC-1)

| | |
|---|---|
| STEVE HALE, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER**

**THIS MATTER** is before the Court on Petitioner's "Informal Brief for Issuance of a Certificate of Appealability," (Doc. No. 18).

Petitioner filed a § 2255 Motion to Vacate in the instant case that denied on January 22, 2020. (Doc. No. 13). The Court declined to issue a certificate of appealability. (Id.). On appeal, the Fourth Circuit denied a certificate of appealability and dismissed Petitioner's appeal. United States v. Hale, 810 F. App'x 217 (4th Cir. 2020).

The instant "Informal Brief for Issuance of a Certificate of Appealability," was docketed in this Court as a Motion for Certificate of Appealability. (Doc. No. 18). However, a review of the Fourth Circuit's docket indicates that it is a duplicate of Petitioner's appellate brief. See (Fourth Cir. Case No. 20-6183, Doc. No. 6). Further, this Court has already denied Petitioner a certificate of appealability, (Doc. No. 13), and Petitioner has set forth no basis to reconsider the issue.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Informal Brief for Issuance of a Certificate of Appealability," (Doc. No. 18), is **DENIED**.

1

Signed: August 27, 2020

*Max O. Cogburn Jr*
United States District Judge